**Kathy Lee BLAKE, Appellant,**

v.

**TYSON FOODS, INC., Appellee.**

No. 09–1158.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 30, 2009.

Filed: Jan. 7, 2010.

Kathy Lee Blake, Grove, OK, for Appellant.

Michael R. Jones, Gilker & Jones, Mountainburg, AR, James J. Randall, III, Randall & Boxx, Monette, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kathy Blake appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After reviewing the record de novo, and viewing it in the light most favorable to Blake, *see Didier v. Schwan Food Co.,* 465 F.3d 838, 841 (8th Cir.2006) (standard of review), we conclude that summary judgment was proper for the reasons stat-

1. The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was re-

ed by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).